## ANCHOR PAPER CORP. v. ANCHOR CONVERTING CO.

No. 156P86.

Case below: 79 N.C. App. 144.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 July 1986.

## BLACK v. CARLTON YARN MILLS

No. 99P86.

Case below: 79 N.C. App. 176.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.

## BROWN v. BROWN

No. 262P86.

Case below: 80 N.C. App. 166.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

## BURCH v. BURCH

No. 279P86.

Case below: 80 N.C. App. 166.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.

## CENTRAL CAROLINA BANK & TRUST CO. v. FAWN VENDORS, INC.

No. 256P86.

Case below: 79 N.C. App. 755.

Petition by third party plaintiffs for discretionary review under G.S. 7A-31 denied 2 July 1986.